Ronald J. Holleman
TDC # 297567
3060 Fm 3514
Beaumont, TX 77705-7635

9,638-11

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

Sept. 9, 2015

Office of the Clerk
Court of Criminal Appeals
P.O. Box 12308- Capitol Station
Austin, TX 78711

Re: writ # WR-9-638-11 (Trial Court # 79-5238
Dallas, Court-203rd District Ct)

To the Honorable Clerk,

Because An Innocence Project has expressed An interest In my Case, I Now find myself in Need of the exhibits I Submitted to Your Court when I filed the Aforementioned Writ.

Would You Please Assist me in obtaining A copy of the Records Needed. I'll try to impose Upon my Family to Purchase them if Necessary, but would You Please expedite this matter.

I thank You in Advance.

Sincerely,

Ronald J. Holleman

RE: Writ No. WR-9,638-11
STYLE: Holleman, Ronald Joe
TRIAL CT NO: 79-5238
10/27/2004

This is to advise that the Court has denied without written order motion for leave to file the original application for writ of prohibition.

Troy C. Bennett, Jr.

HSC131

New address

Ronald Joe Holleman
Allred Unit - TDC #297567
2101 FM 369 North
Iowa Park, TX 76367

PB METER 7143288    U.S. POSTAGE
OCT 27 04